# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| IAN ELLIOT and ESTATE OF ADA ELLIOT,<br><br>Plaintiffs,<br><br>vs.<br><br>CINDY M. ELLIOT and ELLIOT AND ASSOCIATES,<br><br>Defendants. | CV 15-107-BLG-JTJ<br><br>**ORDER** |

The Court conducted a hearing on the following motions on October 17, 2018: 1) Plaintiff Ian Elliot's Motion to Compel Discovery from Defendant Cindy Elliot; 2) Plaintiff Ian Elliot's Motion to Compel Discovery from Non-Party Glen Pike; and 3) Plaintiffs' Motion for Leave to File a Third Amended Complaint. For the reasons stated in open court,

IT IS ORDERED:

1. Plaintiff Ian Elliot's Motion to Compel Discovery from Defendant Cindy Elliot (Doc. 80) is GRANTED to the following extent. The parties shall file a joint status report on or before November 23, 2018, that describes: 1) the documents that have been requested by Plaintiff Ian Elliot in discovery; 2) the documents that have been produced by defendants in response to Plaintiff Ian Elliot's discovery requests; and 3) all discovery issues that remain unresolved.

2. Plaintiff Ian Elliot's Motion to Compel Discovery from Non-Party Glen Pike (Doc. 81) is DENIED. Defendants shall produce to Plaintiff Ian Elliot a copy of all documents that Defendants have provided to Glen Pike.

3. Plaintiffs' Motion for Leave to File a Third Amended Complaint (Doc. 85) is GRANTED.

DATED this 5th day of November, 2018.

John Johnston
United States Magistrate Judge