FILED
JUN 21 2019
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| IAN ELLIOT and JOSEPH V. WOMACK, Special Administrator of the Estate of Ada E. Elliot,<br><br>Plaintiffs,<br><br>vs.<br><br>CINDY M. ELLIOT and ELLIOT AND ASSOCIATES,<br><br>Defendants. | CV 15-107-BLG-JTJ<br><br>**ORDER** |

The Court conducted a hearing on all of the pending motions on June 20, 2019. For the reasons discussed in open court,

IT IS HEREBY ORDERED:

1. Plaintiff Ian Elliot's Motion for Preliminary Injunction (Doc. 105-1) is DENIED.

2. Plaintiff Ian Elliot's Motion to Expedite the Trial (Doc. 105-2) is DENIED.

3. Joseph V. Womack's Motion for Substitution of Party (Doc. 110-1) is GRANTED. The caption in this case shall be modified as set forth above to substitute Joseph V. Womack as a Plaintiff in place of the Estate of Ada Elliot.

4. Joseph V. Womack's Motion Vacate Scheduling Order (Doc. 110-2) is GRANTED. All deadlines in the Court's Scheduling Order of January 9, 2019, are VACATED, including the trial set for November 12, 2019.

5. Joseph V. Womack's Motion to Stay Further Proceedings (Doc. 110-3) is GRANTED. All proceedings in this case shall be STAYED pending further order of the Court. Womack shall file a status report with the Court on or before August 15, 2019.

DATED this 21st day of June, 2019.

John Johnston
United States Magistrate Judge

2