# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| IAN ELLIOT and JOSEPH V. WOMACK, Special Administrator of the Estate of Ada E. Elliot,<br><br>Plaintiffs,<br><br>vs.<br><br>CINDY M. ELLIOT and ELLIOT AND ASSOCIATES,<br><br>Defendants. | CV 15-107-BLG-JTJ<br><br>**ORDER** |

Presently before the Court are the following two motions: 1) Plaintiff Ian Elliot's motion to lift the stay entered on June 21, 2019, and re-establish a scheduling order; and 2) Plaintiff Joseph Womack's motion to continue the stay until he files a status report on October 10, 2019. Womack states that a continuation of the stay until October 10, 2019, will assist him in his efforts to finalize a settlement agreement that may resolve the claims asserted by the Estate of Ada E. Elliot.

IT IS HEREBY ORDERED:

1. Plaintiff Joseph Womack's Motion to Continue Stay (Doc. 117 at 3) is GRANTED. The Court will stay all proceedings in this matter until it reviews Womack's October 10, 2019, status report.

2. Plaintiff Ian Elliot's Motion to Lift Stay and Issue a Scheduling Order (Doc. 116) is GRANTED in part. The Court will conduct a telephonic status conference for the purpose of establishing a schedule for the final disposition of this case, after it reviews Womack's October 10, 2019, status report.

DATED this 25th day of September, 2019.

/s/ John Johnston
John Johnston
United States Magistrate Judge