IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
OCT 22 2019
Clerk, U.S District Court
District Of Montana
Great Falls

IAN ELLIOT and JOSEPH V. WOMACK, Special Administrator of the Estate of Ada E. Elliot,

Plaintiffs,

vs.

CINDY M. ELLIOT and ELLIOT AND ASSOCIATES,

Defendants.

CV 15-107-BLG-JTJ

ORDER

The Court conducted a telephonic status conference in this matter on October 21, 2019. Plaintiff Ian Elliot appeared *pro se*. The Estate of Ada E. Elliot was represented by Joseph V. Womack, Esq. Defendants were represented by Joseph A. Soueidi, Esq.

IT IS HEREBY ORDERED:

1. All proceedings in this matter are stayed until January 8, 2020, with one exception. The Estate of Ada E. Elliot may move to dismiss its claims against the Defendants pursuant to the terms of the Estate's settlement agreement with the Defendants.

2. The Court will conduct a telephonic status conference on

January 8, 2020, at 1:30 p.m. for the purpose of discussing the status of the accounting to be performed by the Estate of Ada E. Elliot. The Court will provide the parties with the call-in number.

DATED this 22nd day of October, 2019.

/s/ John Johnston
John Johnston
United States Magistrate Judge