FILED

Jan. 23. 2020

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| IAN ELLIOT and JOSEPH V. WOMACK, Special Administrator of the Estate of Ada E. Elliot,<br><br>Plaintiffs,<br><br>vs.<br><br>CINDY M. ELLIOT and ELLIOT AND ASSOCIATES,<br><br>Defendants. | CV 15-107-BLG-JTJ<br><br>ORDER |

The Court conducted a hearing on all pending motions on January 22, 2020. For the reasons discussed in open court,

IT IS HEREBY ORDERED:

1. Plaintiff Joseph V. Womack's Motion to Dismiss with Prejudice (Doc. 123) is GRANTED. All of the claims asserted by the Estate of Ada E. Elliot against Defendants Cindy M. Elliot and Elliot and Associates are DISMISSED with prejudice.

2. Plaintiff Ian Elliot's Motion to Lift Stay (Doc. 125-2) is GRANTED. The Court's January 8, 2020, Order staying proceedings in this case is VACATED.

3. Ian Elliot's Motion for Leave to File a Fourth Amended Complaint (Doc. 125-1) shall be deemed filed as of January 22, 2020.

DATED this 23rd day of January, 2020.

John Johnston
United States Magistrate Judge