
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| IAN ELLIOT, | CV 15-107-BLG-JTJ |
| Plaintiff, | |
| vs. | **ORDER** |
| CINDY M. ELLIOT and ELLIOT AND ASSOCIATES, | |
| Defendants. | |

The Court conducted a hearing in this matter on March 13, 2020. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Relief from Judgment (Doc. 136) is DENIED.

2. Plaintiff's Motion to Continue Hearing (Doc. 142) is GRANTED to the following extent. Plaintiff shall have up to an including March 27, 2020, to retain an attorney. Plaintiff's attorney must file a notice of appearance no later than March 27, 2020. The hearing to address Plaintiff's Motion for Leave to File a 4th Amended Complaint (Doc. 125), and Defendants' Motion for a Protective Order (Doc. 137) is CONTINUED. The hearing will be reset by further order of the Court after March 27, 2020.

3. All further proceedings in this case are STAYED pending further order of the Court.

DATED this 13th day of March, 2020.

															*(signature)*
															John Johnston
															United States Magistrate Judge