# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| IAN ELLIOT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CINDY M. ELLIOT and ELLIOT AND ASSOCIATES,<br><br>　　　　　Defendants. | CV 15-107-BLG-JTJ<br><br><br>**ORDER** |

The Court conducted a telephonic status conference in this case on March 1, 2021. Defendants were represented by Jeffery A. Hunnes, Esq. and Joseph A. Soueidi, Esq. *Pro se* Plaintiff Ian Elliot did not appear on the conference call.

IT IS HEREBY ORDERED:

1. All discovery in this case is STAYED pending further order of the Court.

2. Defendants may file a motion to dismiss Plaintiff's Third Amended Complaint on or before March 31, 2021. Plaintiff shall file his response brief within 21 days after the motion is filed. L. R. 7.1(d)(1)(B)(ii).

3. The Court will conduct a hearing on all pending motions at 1:30 p.m.

on May 10, 2021, at the James F. Battin Federal Courthouse in Billings, Montana.

DATED this 1st day of March, 2021.

                                                        John Johnston  
                                                        United States Magistrate Judge