IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IAN R. ELLIOT, an Individual Partner of Starfire LP, Beneficiary of Ada Elliot's Estate and ESTATE OF ADA ELLIOT,<br><br>    Plaintiffs,<br><br>v.<br><br>CINDY M. ELLIOT and ELLIOT and ASSOCIATES,<br><br>    Defendants. | CV-15-107-BLG-JTJ<br><br>**ORDER** |

Upon Plaintiff, Ian Elliot's (Elliot) Motion for Zoom Appearance at the May 10, 2021 hearing, (Doc. 170) and with good cause shown, **IT IS HEREBY ORDERED** that the Motion for Zoom Appearance is **GRANTED**. Elliot may appear at the May 10, 2021 hearing by Zoom. Elliot will contact the Clerk of Court's Office in Billings, Montana for the Zoom information.

DATED this 27th day of April, 2021.

_____
John Johnston
United States Magistrate Judge

-1-