IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IAN ELLIOT,<br><br>  Plaintiff,<br><br>vs.<br><br>CINDY M. ELLIOT and ELLIOT AND ASSOCIATES,<br><br>  Defendants. | CV 15-107-BLG-JTJ<br><br>**ORDER** |

Defendant Cindy Elliot (Elliot) has filed a motion seeking leave to observe the motion hearing scheduled for May 10, 2021, via zoom. (Doc. 177). Elliot states that her attorney will attend the hearing in person. *Id.*

IT IS HEREBY ORDERED:

1. Elliot's Motion for Zoom Appearance (Doc. 177) is GRANTED.

2. Elliot must contact the Clerk of Court's Office in Billings, Montana to make arrangements for the zoom connection.

DATED this 10th day of May, 2021.

John Johnston
United States Magistrate Judge