IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE of IAN R. ELLIOT, deceased<br><br>Plaintiff,<br><br>vs.<br><br>CINDY M. ELLIOT and ELLIOT AND ASSOCIATES,<br><br>Defendants. | CV-15-107-GF-JTJ<br><br>ORDER |

On July 31, 2025, the parties to this action jointly filed a Stipulated Motion to 1) Lift Stay; and 2) for Dismissal of all Claims with Prejudice. (Doc. 220). The Court issued an Order granted the Stipulated Motion and dismissed all claims with prejudice on August 4, 2025. (Doc. 221). On September 2, 2025, Jinny Jing, Alice Carpenter and Mike Bolenbaugh ("Proposed Intervenors") filed a "Proposed Intervenors' Motion to File, and Brief in Support of, Motion to Alter or Amed the Judgments and for Relief from Orders Under Rules 59(e), 60(b)(3) and (60)(d)(3)." (Doc. 222).

Given that this action has been dismissed with prejudice, the Court determines there is no pending action in which Proposed Intervenors could intervene.

1

Accordingly, it is hereby **ORDERED** that the Proposed Intervenors' Motion (Doc. 222) is **DENIED**.

DATED this 8th day of September 2025.

_____
John Johnston
United States Magistrate Judge